Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–15941–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Felix Semtak                              Alice Mary Semtak
67 Hepburn Road                           67 Hepburn Road
Clifton, NJ 07012                         Clifton, NJ 07012

Social Security No.:
    xxx–xx–2048                            xxx–xx–9443

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

Debtor and Joint Debtor was entered on June 3, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 3, 2019
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-15941-SLM
Felix Semtak                                                              Chapter 13
Alice Mary Semtak
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 03, 2019
                             Form ID: 148          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2019.
db/jdb        +Felix Semtak,   Alice Mary Semtak,   67 Hepburn Road,   Clifton, NJ 07012-1915
cr            +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
518139110     +American Express,   c/o Nationwide Credit Co.,   P.O. Box 14581,   Des Moines, IA 50306-3581
518215401     +Chase Bank USA, N.A.,   c/o National Bankruptcy Services, LLC,   P.O. Box 9013,
               Addison Texas 75001-9013
518139115      Citi/Sears,   c/o Capital Management Services,   69872 South Ogden Street,   Buffalo, NY 14206
518139116     +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
               St Louis, MO 63179-0034
518139117     +Discover Financial,   c/o Pressler Felt & Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
518224698     +Marcia A. Holz,   c/o Evan Yablonsky, Esq.,   Bressler, Amery & Ross, P.C.,
               325 Columbia Turnpike,   Florham Park, NJ 07932-1235
518139120     +Marcia Ann Holz,   992 Valley Road,   Franklin Lakes, NJ 07417-1716
518139121     +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
               Cleveland, OH 44101-4982
518139122     +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518139123     +Sunrise Credit Services, Inc.,   Attn: Bankruptcy,   260 Airport Plaza,
               Farmingdale, NY 11735-4021
518139126     +Wells Fargo Home Mortgage,   c/o Phelan Hallinan Diamond & Jones, P.C,
               1617 JFK Bouevard, Suite 1400,   Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2019 01:52:21    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2019 01:52:16    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jun 04 2019 05:13:00    Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,   Norfolk, VA 23541-1021
518139109     +EDI: AMEREXPR.COM Jun 04 2019 05:13:00    American Express,   c/o Alltron Financial LP,
               P.O. Box 722929,   Houston, TX 77272-2929
518212118      EDI: BECKLEE.COM Jun 04 2019 05:13:00    American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518139111     +EDI: AMEREXPR.COM Jun 04 2019 05:13:00    Amex,   Correspondence/Bankruptcy,   Po Box 981540,
               El Paso, TX 79998-1540
518245997      EDI: BL-BECKET.COM Jun 04 2019 05:13:00    Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
518139114     +EDI: CHASE.COM Jun 04 2019 05:13:00    Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850-5298
518279961     +EDI: CITICORP.COM Jun 04 2019 05:13:00    Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
518166428      EDI: DISCOVER.COM Jun 04 2019 05:13:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
518144660      EDI: FORD.COM Jun 04 2019 05:13:00    FORD MOTOR CREDIT COMPANY LLC,   DEPT. 55953,
               PO BOX 55000,   DETROIT, MI.  48255-0953
518139118     +EDI: FORD.COM Jun 04 2019 05:13:00    Ford Motor Credit,   P.O. Box 105704,
               Atlanta, GA 30348-5704
518139119     +E-mail/Text: bncnotices@becket-lee.com Jun 04 2019 01:51:29    Kohls/Capital One,
               Kohls Credit,   Po Box 3120,   Milwaukee, WI  53201-3120
518231602      EDI: Q3G.COM Jun 04 2019 05:13:00    Quantum3 Group LLC as agent for,
               Crown Asset Management LLC,   PO Box 788,   Kirkland, WA  98083-0788
518142097     +EDI: RMSC.COM Jun 04 2019 05:13:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518139124     +EDI: RMSC.COM Jun 04 2019 05:13:00    Synchrony Bank/Lowes,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
518271495     +E-mail/Text: bncmail@w-legal.com Jun 04 2019 01:52:34    TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518139125     +EDI: WTRRNBANK.COM Jun 04 2019 05:13:00    Target,   Attn: Bankruptcy,   Po Box 9475,
               Minneapolis, MN 55440-9475
518266474     +EDI: AIS.COM Jun 04 2019 05:13:00    Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518263910      EDI: WFFC.COM Jun 04 2019 05:13:00    Wells Fargo Bank, N.A.,   Wells Fargo Bank, N.A.,
               Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
                                                                                         TOTAL: 20

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518139112*    +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518139113*    +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2019 at the address(es) listed below:
         Evan  Yablonsky    on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com
         John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company LLC, servicer for CAB
         EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Leonard R Boyer    on behalf of Debtor Felix  Semtak lrbnjesq@gmail.com,
         mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
         Leonard R Boyer    on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,
         mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Robert  Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 8