UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

BOYER COFFY, LLC.
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150

In Re:

Felix Semtak
Alice Mary Semtak,

       Debtors

**Order Filed on June 24, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| Case No.: | 19-15941 |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____ Leonard R. Boyer, Es. _____ for the reduction of time for a hearing on Monday, July 1, 2019 _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on July 1, 2019 _____ at 10:00am in the United States Bankruptcy Court, MLK Jr. Fed. Bldg., 50 Walnut St., Newark, NJ,07102 Courtroom No. 3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors, Secured Creditor's Attorneys if known, Trustee and

US Trustees Office _____

by ☐ each,☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail,☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All Other Creditors or parties in interest _____

_____

by ☐ each,☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee, Secured Creditors and their Attorneys
                                                        if known.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

  X☒ may be presented orally at the hearing.

8.   X☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3