rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

In Re:

Semtak, Felix & Alice

Case No.: __19-15941__

Chapter: __13__

Hearing Date: __7/1/19 @ 10:00 AM__

Judge: __SLM__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  __Objection to Motion to Reinstate at docket #44.__

Date: __7/1/19__

__s/ Brian M. Knapp, Esq.__
Signature