Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−15941−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Felix Semtak                                     Alice Mary Semtak
  67 Hepburn Road                           67 Hepburn Road
  Clifton, NJ 07012                         Clifton, NJ 07012

Social Security No.:
  xxx−xx−2048                                       xxx−xx−9443

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                7/24/19
Time:              08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 1, 2019
JAN: apc

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15941-SLM
Felix Semtak                                                            Chapter 13
Alice Mary Semtak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 132             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
```
db/jdb         +Felix Semtak,    Alice Mary Semtak,    67 Hepburn Road,    Clifton, NJ 07012-1915
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518139110      +American Express,    c/o Nationwide Credit Co.,    P.O. Box 14581,    Des Moines, IA 50306-3581
518139109      +American Express,    c/o Alltron Financial LP,    P.O. Box 722929,    Houston, TX 77272-2929
518212118       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518139111      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518245997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518215401      +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                 Addison Texas 75001-9013
518139114      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518139115       Citi/Sears,    c/o Capital Management Services,    69872 South Ogden Street,    Buffalo, NY 14206
518279961      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518139116      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518139117      +Discover Financial,    c/o Pressler Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518144660     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,      DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI.  48255-0953)
518139118      +Ford Motor Credit,    P.O. Box 105704,    Atlanta, GA 30348-5704
518224698      +Marcia A. Holz,    c/o Evan Yablonsky, Esq.,    Bressler, Amery & Ross, P.C.,
                 325 Columbia Turnpike,    Florham Park, NJ 07932-1235
518139120      +Marcia Ann Holz,    992 Valley Road,    Franklin Lakes, NJ 07417-1716
518139121      +PNC Bank,   Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518280690      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518139122      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518139123      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
518139125      +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518263910       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
518139126      +Wells Fargo Home Mortgage,    c/o Phelan Hallinan Diamond & Jones, P.C,
                 1617 JFK Bouevard, Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:42
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518166428       E-mail/Text: mrdiscen@discover.com Jul 02 2019 01:08:36     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518139119      +E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:41     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518231602       E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2019 01:09:34
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
518142097      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518139124      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:14:26     Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518271495      +E-mail/Text: bncmail@w-legal.com Jul 02 2019 01:09:51     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518266474      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2019 01:14:54     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518139112*     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518139113*     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518280896*     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 132             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
```
              Evan   Yablonsky    on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com,
               dgarcia@bressler.com
              John R. Morton, Jr.   on behalf of Creditor    Ford Motor Credit Company LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Debtor Felix   Semtak lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Leonard R Boyer    on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```