BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Office No. 973-798-6131
Fax No. 201-503-8150

|  |  |
|---|---|
| In re:<br><br>Felix Semtak<br>Alice Mary Semtak<br><br>Debtor, | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Honorable Stacey L. Meisel<br><br>Case No: 19-15941SLM<br><br>Hearing Date: 8/28/19 @8:30am |

## OPPOSITION TO TRUSTEE OBJECTION TO CONFIRMATION OF PLAN

I, Leonard R. Boyer, Esq., of Boyer Coffy, LLC., hereby certifies as follows:

On or about July 17, 2019, Marie-Ann Greenberg, Chapter 13 Standing Trustee, filed an Objection to Confirmation of Plan.

Ms. Greenberg requested life insurance policies, which have been sent via 13documents this day.

Ms. Greenberg also mentioned the payment of $50,000.00 to Marcia A. Holz, secured creditor Ms. Holz is not looking for payment via Chapter 13 Plan, there is a new Note Extending Agreement to April 1, 2024, same has also been sent to Ms. Greenberg via 13document.

Debtors hereby opposes to Trustee's Objection, as everything in the Objection has been satisfied.

/s/ Leonard R. Boyer, Esq.
LEONARD R. BOYER, ESQ.

Dated: August 27, 2019