## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO. 19-15941-SLM** |
| **FELIX  SEMTAK** | § | |
| **ALICE MARY SEMTAK** | § | |
| **DEBTORS** | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC** | **Wells Fargo Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Court Claim # (if known): 10-1
Amount of Claim:  $171,763.48
Date Claim Filed:  05/23/2019

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx5145**

Phone: 800-274-7025
Last Four Digits of Acct.#: 1729

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx5145**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Mukta Suri
Transferee/Transferee's Agent

Date:          08/31/2019

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5122-N-8752

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Felix Semtak and
Alice Mary Semtak

                                                    Debtors.

Case No : 19-15941-SLM

Chapter: 13

Adv. No.:_____

Hearing Date: _____ at _____

Judge: Stacey L. Meisel

### CERTIFICATION OF SERVICE

1.   I, <u>Mukta Suri</u> : ____

    ☑  represent the <u>Creditor</u> in this matter.

    ☐  am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2.   On <u>08/31/2019</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    •   Transfer of Claim

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

08/31/2019 _____
Date

/s/ Mukta Suri _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Felix  Semtak<br>Alice Mary Semtak<br>67 Hepburn Road<br>Clifton, NJ 07012 | Debtors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable. *) |
| Leonard R Boyer<br>Boyer Coffy, LLC<br>970 Clifton Ave Ste 201<br>Clifton, NJ 07013 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule.<br>  Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order
Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                                   5122-N-8752