Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–15941–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Felix Semtak
67 Hepburn Road
Clifton, NJ 07012

Alice Mary Semtak
67 Hepburn Road
Clifton, NJ 07012

Social Security No.:
xxx–xx–2048

xxx–xx–9443

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/25/19 and a confirmation hearing on such Plan has been scheduled for 5/22/19.

The debtor filed a Modified Plan on 10/24/19 and a confirmation hearing on the Modified Plan is scheduled for 11/13/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 25, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Felix Semtak  
Alice Mary Semtak  
    Debtors

Case No. 19-15941-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Oct 25, 2019  
                       Form ID: 186     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.

```
db/jdb         +Felix Semtak,    Alice Mary Semtak,    67 Hepburn Road,    Clifton, NJ 07012-1915
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518139110      +American Express,    c/o Nationwide Credit Co.,    P.O. Box 14581,    Des Moines, IA 50306-3581
518139109      +American Express,    c/o Alltron Financial LP,    P.O. Box 722929,    Houston, TX 77272-2929
518212118       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518139111      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518245997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518215401      +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                 Addison Texas 75001-9013
518139114      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518139115       Citi/Sears,    c/o Capital Management Services,    69872 South Ogden Street,    Buffalo, NY 14206
518279961      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518139116      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518139117      +Discover Financial,    c/o Pressler Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518144660     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:    FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI.  48255-0953)
518139118      +Ford Motor Credit,    P.O. Box 105704,    Atlanta, GA 30348-5704
518224698      +Marcia A. Holz,    c/o Evan Yablonsky, Esq.,    Bressler, Amery & Ross, P.C.,
                 325 Columbia Turnpike,    Florham Park, NJ 07932-1235
518139120      +Marcia Ann Holz,    992 Valley Road,    Franklin Lakes, NJ 07417-1716
518139121      +PNC Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518280690      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518139122      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518364346       Resurgent Capital Services as agent for Via Novus,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518440455      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518139123      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
518139125      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518263910       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
518139126      +Wells Fargo Home Mortgage,    c/o Phelan Hallinan Diamond & Jones, P.C,
                 1617 JFK Bouevard, Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 01:34:44
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518166428       E-mail/Text: mrdiscen@discover.com Oct 26 2019 01:18:13      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518139119      +E-mail/Text: bncnotices@becket-lee.com Oct 26 2019 01:18:25      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518231602       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 01:19:03
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
518142097      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 01:34:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518139124      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 01:33:25      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518271495      +E-mail/Text: bncmail@w-legal.com Oct 26 2019 01:19:24      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518266474      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2019 01:33:40      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

518139112*     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518139113*     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518280896*     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518440456*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                      TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Oct 25, 2019
                              Form ID: 186               Total Noticed: 36
```

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Evan Yablonsky     on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com,
           dgarcia@bressler.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Leonard R Boyer    on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,
           mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
          Leonard R Boyer    on behalf of Debtor Felix  Semtak lrbnjesq@gmail.com,
           mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```