Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felix Semtak                                      Alice Mary Semtak
   67 Hepburn Road                                   67 Hepburn Road
   Clifton, NJ 07012                                 Clifton, NJ 07012

Social Security No.:
   xxx−xx−2048                                       xxx−xx−9443

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*80* − Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Boyer, Leonard)

*83* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:80 Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Felix Semtak, Joint Debtor Alice Mary Semtak) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/22/19

                                                     Jeanne Naughton
                                                     Clerk, U.S. Bankruptcy Court