BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Office No. 973-798-6131
Fax No. 201-503-8150

|  |  |
|---|---|
| Felix Semtak<br>Alice M. Semtak<br><br>Debtors, | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Honorable Stacey L. Meisel<br><br>CASE NO: 19-15941<br><br>HEARING DATE: |

### CERTIFICATION OF DEBTORS TO ALLOW US
### TO ENTER INTO A PERMANENT LOAN MODIFICATION

On or about October 24, 2019, we were approved a permanent loan modification through SLS Mortgage Co.

My wife and I are pleased to enter into a permanent loan modification, as the new payment amount covers mortgage, taxes and homeowner's insurance at approximately $161.00 less than what we were paying.

We respectfully request that this Court and Trustee allow us to proceed with our loan modification, as this has been our family home for many years.

Dated: December 14, 2019

/s/ FELIX SEMTAK
FELIX SEMTAK