**Order Filed on January 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 19-15941 (SLM) |
| | Chapter: 13 |
| Felix Semtak and Alice Semtak, | Hearing Date: January 8, 2020 |
| Debtors. | Judge: Stacey L. Meisel |

### ORDER DENYING MOTION WITHOUT PREJUDICE

    The relief set forth on the following pages, numbered two (2) through \_\_\_\_2\_\_\_\_ is **ORDERED**.

**DATED: January 10, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtors:         Felix Semtak and Alice Semtak
Case No.:        19-15941
Caption of Order:  Order Denying Motion Without Prejudice

**THIS MATTER** having been brought before the Court on a *Motion to Permit Debtors to Enter into a Loan Modification Agreement* (Docket No. 80) (the "**Motion**") by debtors Felix Semtak and Alice Semtak (the "**Debtors**"), by and through their counsel, Boyer Coffey, LLC; this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

☒ **Failure to use required Local Forms,** specifically the mandatory local form *Order on Motion for Authorization to Enter into Final Loan Modification Agreement*. *See* D.N.J. LBR 9009-1.

☒ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☒ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

  ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

  ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

  ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

  ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Failure to file signed Loan Modification Agreement documents.

It is hereby

**ORDERED** that the Motion is DENIED, without prejudice.