Order Filed on January 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Felix Semtak and Alice Semtak,

              Debtors.

Case No.:	19-15941 (SLM)

Chapter:	13

Hearing Date:	January 8, 2020

Judge:	Stacey L. Meisel

**ORDER DENYING MOTION WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: January 10, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

| | |
|---|---|
| Debtors: | Felix Semtak and Alice Semtak |
| Case No.: | 19-15941 |
| Caption of Order: | Order Denying Motion Without Prejudice |

**THIS MATTER** having been brought before the Court on a *Motion to Permit Debtors to Enter into a Loan Modification Agreement* (Docket No. 80) (the "**Motion**") by debtors Felix Semtak and Alice Semtak (the "**Debtors**"), by and through their counsel, Boyer Coffey, LLC; this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

☒  **Failure to use required Local Forms,** specifically the mandatory local form *Order on Motion for Authorization to Enter into Final Loan Modification Agreement*. See D.N.J. LBR 9009-1.

☒  **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☒  **Failure to submit a notice of motion stating the date, time, and place of the hearing.** See D.N.J. LBR 9013-1(a)(1).

  ❑  **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** See D.N.J. LBR 9013-1(a)(2).

  ❑  **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** See D.N.J. LBR 9013-1(a)(3).

  ❑**Failure to submit a proposed form of order.** See D.N.J. LBR 9013-4.

  ❑  **Failure to file a certification of service.** See D.N.J. LBR 9013-1(a)(5) and Local Form.

❑  **Failure to effectuate proper service.** See D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☒  **Other:** <u>Failure to file signed Loan Modification Agreement documents.</u>

It is hereby

**ORDERED** that the Motion is DENIED, without prejudice.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-15941-SLM
Felix Semtak                                                    Chapter 13
Alice Mary Semtak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jan 10, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db/jdb         +Felix Semtak,   Alice Mary Semtak,   67 Hepburn Road,   Clifton, NJ 07012-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Evan  Yablonsky     on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com,
               dgarcia@bressler.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,
               mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com
              Leonard R Boyer    on behalf of Debtor Felix  Semtak lrbnjesq@gmail.com,
               mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10