LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ  07013

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
**Chapter 13 Case # 19-15941**

Re:   FELIX SEMTAK
      ALICE MARG SEMTAK
      67 HEPBURN ROAD
      CLIFTON,  NJ  07012

Atty:   LEONARD R BOYER
        BOYER COFFY LLC
        970 CLIFTON AVE.
        STE 201
        CLIFTON, NJ  07013

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/11/2019 | $200.00 | 25363727627 | 05/07/2019 | $200.00 | 25363729901 |
| 07/03/2019 | $200.00 | 1915941-25363730711 | 07/23/2019 | $200.00 | 25363733185 |
| 08/06/2019 | $200.00 | 25363726288 | 09/10/2019 | $200.00 | 25363734456 |
| 10/07/2019 | $200.00 | 25981378931 | 11/07/2019 | $200.00 | 25981388098 |
| 12/10/2019 | $200.00 | 25981394681 | 01/09/2020 | $200.00 | 25981281426 |

**Total Receipts: $2,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $2,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 12/16/2019 | $13.81 | 8,001,324 | | 01/13/2020 | $42.52 | 8,001,369 |
| | 01/13/2020 | $16.67 | 8,001,369 | | 01/13/2020 | $9.40 | 8,001,369 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 12/16/2019 | $14.40 | 839,349 | | 01/13/2020 | $44.35 | 841,216 |
| CITIBANK NA | | | | | | | |
| | 01/13/2020 | $19.89 | 840,962 | | | | |
| DISCOVER BANK | | | | | | | |
| | 12/16/2019 | $16.48 | 839,412 | | 01/13/2020 | $50.75 | 841,275 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 12/16/2019 | $1,471.24 | 839,819 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 01/13/2020 | $7.70 | 8,001,365 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 88.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-15941**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 11,494.36 | * | 56.33 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 3,403.63 | * | 16.67 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 11,987.76 | * | 58.75 | |
| 0005 | CITIBANK NA | UNSECURED | 4,058.93 | * | 19.89 | |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 13,717.37 | * | 67.23 | |
| 0008 | FORD MOTOR CREDIT CO LLC | UNSECURED | 859.91 | * | 0.00 | |
| 0009 | AMERICAN EXPRESS BANK | UNSECURED | 1,918.89 | * | 9.40 | |
| 0010 | MARCIA A. HOLZ | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 826.79 | * | 0.00 | |
| 0012 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,471.24 | 100.00% | 1,471.24 | |
| 0013 | SUNRISE CREDIT SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK USA NA | UNSECURED | 632.81 | * | 0.00 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | AMERICAN EXPRESS BANK | UNSECURED | 44.06 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 1,571.40 | * | 7.70 | |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 146.50 | * | 0.00 | |
| 0024 | RESURGENT CAPITAL SERVICES | UNSECURED | 590.00 | * | 0.00 | |

**Total Paid:  $1,795.21**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,000.00          -     Paid to Claims: $1,707.21     -     Admin Costs Paid: $88.00     =     Funds on Hand: $204.79

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.