| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BOYER COFFY, LLC.<br>970 Clifton Ave, Suite 201<br>Clifton, New Jersey 07013<br>Tel No: 973-798-6131<br>Fax No: 201-503-8150 | |
| In Re:<br><br>Felix Semtak<br>Alice M. Semtak<br><br>Debtors | Case No.: 19-15941<br>Chapter: 13<br>Hearing Date: 2/26/20@10am<br>Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Doc #91

Date: 1/21/20                                         /s/ Leonard R. Boyer, Esq.
                                                              Signature

*rev.8/1/15*