Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Felix Semtak | Alice Mary Semtak |
| 67 Hepburn Road | 67 Hepburn Road |
| Clifton, NJ 07012 | Clifton, NJ 07012 |

Social Security No.:
  xxx−xx−2048                                                                 xxx−xx−9443

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

**94** − Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 02/4/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Boyer, Leonard)

**95** − Objection to Motion to Approve Loan Modification (related document:94 Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 02/4/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Felix Semtak, Joint Debtor Alice Mary Semtak) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court
