Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Felix Semtak
67 Hepburn Road
Clifton, NJ 07012

Alice Mary Semtak
67 Hepburn Road
Clifton, NJ 07012

Social Security No.:
xxx−xx−2048

xxx−xx−9443

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

**94** − Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 02/4/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Boyer, Leonard)

**95** − Objection to Motion to Approve Loan Modification (related document:94 Motion to Approve Loan Modification with SLS Mortgage Filed by Leonard R Boyer on behalf of Alice Mary Semtak, Felix Semtak. Objection deadline is 02/4/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Felix Semtak, Joint Debtor Alice Mary Semtak) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Felix Semtak  
Alice Mary Semtak  
       Debtors

Case No. 19-15941-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 1      Date Rcvd: Jan 23, 2020  
                        Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db/jdb       +Felix Semtak,   Alice Mary Semtak,   67 Hepburn Road,   Clifton, NJ 07012-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:  
          Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Evan Yablonsky   on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com,  
           dgarcia@bressler.com  
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company LLC, servicer for CAB  
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Leonard R Boyer   on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,  
           mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com  
          Leonard R Boyer   on behalf of Debtor Felix   Semtak lrbnjesq@gmail.com,  
           mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          Robert Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                          TOTAL: 10