**BOYER COFFY, LLC.**
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

| In Re: | **UNITED STATES BANKRUPTCY COURT** |
|---|---|
| | **DISTRICT OF NEW JERSEY** |
| **Felix Semtak** | |
| **Alice M. Semtak** | **Case No: 19-15941SLM** |
| | |
| Debtors, | **Chapter 13** |
| | |
| | **Hearing Date: 2/26/20 @10am** |

## AMENDED MOTION TO PERMIT PARTIES TO ENTER INTO A PERMANENT LOAN MODIFICATION AGREEMENT

**PLEASE TAKE NOTICE**, that on February 26, 2020 at 10am, or as soon as the matter may be heard, the undersigned, attorneys for Debtors, will move before the Honorable Stacey L. Meisel, of the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order Approving Motion to Permit Parties to Enter into a Permanent Loan Modification Agreement with respect to the Debtors' property located at 67 Hepburn Road, Clifton, New Jersey 07012. Enclosed please find Permanent Loan Modification Approval from SLS Mortgage Company.

**PLEASE TAKE FURTHER NOTICE** that upon the return date of the within motion, the Debtor shall rely on the proposed form of Order submitted herewith, and oral argument, if such necessary.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f) oral argument is waived unless an objection to this motion is timely filed.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 9013-1(d) of the Local Rules of this Court, objections, if any, to the proposed order must be in writing, must conform to the requirements of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey, set forth the name of the objector, the basis for the objection and the specific grounds therefore, and must be filed with the Clerk of the Court at least seven days

prior to the hearing date indicated herein with copies filed simultaneously served upon: Marie-Ann Greenberg, Trustee.

     **PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule-9013-1(d) of Local Rules of this Court, failure of any person or entity receiving notice of the Motion file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed order, as same may be modified, and the within motion shall be deemed uncontested.

/s/ LEONARD R. BOYER, ESQ.
LEONARD R. BOYER, ESQ.

Dated: January 30, 2020