BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Office No. 973-798-6131
Fax No. 201-503-8150

|  |  |
|---|---|
| In re:<br><br>Felix Semtak<br>Alice M. Semtak<br><br>　　　　Debtors, | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Honorable Stacey L. Meisel<br><br>Case No: 19-15941<br><br>Hearing Date: 2/26/20 @10am |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1 (a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Dated: February 21, 2020

/s/ Leonard R. Boyer, Esq.
LEONARD R. BOYER, ESQ.