Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Felix Semtak
67 Hepburn Road
Clifton, NJ 07012

Alice Mary Semtak
67 Hepburn Road
Clifton, NJ 07012

Social Security No.:
xxx−xx−2048

xxx−xx−9443

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 15, 2019.

On 5/6/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: June 10, 2020
Time: 08:30 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 19-15941-SLM
Felix Semtak                                                    Chapter 13
Alice Mary Semtak
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 2          Date Rcvd: May 07, 2020
                             Form ID: 185                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db/jdb         +Felix Semtak,    Alice Mary Semtak,    67 Hepburn Road,    Clifton, NJ 07012-1915
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518139109      +American Express,    c/o Alltron Financial LP,    P.O. Box 722929,    Houston, TX 77272-2929
518212118       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518139111      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518245997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518215401      +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                 Addison Texas 75001-9013
518139115       Citi/Sears,    c/o Capital Management Services,    69872 South Ogden Street,    Buffalo, NY 14206
518279961      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518139116      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518139117      +Discover Financial,    c/o Pressler Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518144660     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:    FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI.  48255-0953)
518139118      +Ford Motor Credit,    P.O. Box 105704,    Atlanta, GA 30348-5704
518224698      +Marcia A. Holz,    c/o Evan Yablonsky, Esq.,    Bressler, Amery & Ross, P.C.,
                 325 Columbia Turnpike,    Florham Park, NJ 07932-1235
518139120      +Marcia Ann Holz,    992 Valley Road,    Franklin Lakes, NJ 07417-1716
518139121      +PNC Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518280690      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518139122      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518364346       Resurgent Capital Services as agent for Via Novus,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518440455      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518139123      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
518139125      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518263910       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
518139126      +Wells Fargo Home Mortgage,    c/o Phelan Hallinan Diamond & Jones, P.C,
                 1617 JFK Bouevard, Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:43:20
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518139110      +E-mail/Text: NCI_bankonotify@ncirm.com May 07 2020 23:37:31     American Express,
                 c/o Nationwide Credit Co.,    P.O. Box 14581,    Des Moines, IA 50306-3581
518166428       E-mail/Text: mrdiscen@discover.com May 07 2020 23:37:37     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518139114       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 07 2020 23:43:27     Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518139119      +E-mail/Text: bncnotices@becket-lee.com May 07 2020 23:37:44     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518231602       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 23:38:16
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
518142097      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:43:20     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518139124      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:43:20     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518271495      +E-mail/Text: bncmail@w-legal.com May 07 2020 23:38:30     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518266474      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2020 23:43:47     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 07, 2020
                              Form ID: 185             Total Noticed: 36

518139112*        +Amex,   Correspondence/Bankruptcy,   Po Box 981540,    El Paso, TX 79998-1540
518139113*        +Amex,   Correspondence/Bankruptcy,   Po Box 981540,    El Paso, TX 79998-1540
518280896*        +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
518440456*        +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Evan  Yablonsky    on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com,
               dgarcia@bressler.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com,
               mcordova48890@aol.com
              Leonard R Boyer    on behalf of Debtor Felix  Semtak lrbnjesq@gmail.com,  mcordova48890@aol.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10