| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>BOYER COFFY, LLC.<br>970 Clifton Ave, Suite 201<br>Clifton, New Jersey 07013<br>Tel No: 973-798-6131<br>Fax No: 201-503-8150<br><br>In Re:<br>Felix Semtak<br>Mary Alice Semtak,<br><br>Debtors | Case No.: __19-15941__<br>Chapter: __13__<br>Hearing Date: _____<br>Judge: __Stacey L. Miesel__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: __Amended Chapter 13 Doc #110__

Date: __6/11/20__                    /s/ Leonard R. Boyer, Esq.
                                     Signature

*rev.8/1/15*