| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>FELIX SEMTAK<br>ALICE MARY SEMTAK<br>      DEBTORS | Case No.:       19-15941<br><br>Chapter:       13<br><br>Judge:       Meisel, Stacey L. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Specialized Loan Servicing LLC, creditor

(Example: John Smith, creditor)

Old address:       Specialized Loan Servicing LLC

8742 Lucent Blvd, Suite 300

Highlands Ranch, CO 80129

New address:       Specialized Loan Servicing LLC

6200 S. Quebec Street

Greenwood Village, CO 80111

New phone no.:n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    10/27/2020            /s/ Natalie Lea as Authorized Agent for Creditor
Signature

*rev.2/1/16*

5122-N-8752