LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ  07013

Re: FELIX SEMTAK
ALICE MARG SEMTAK
67 HEPBURN ROAD
CLIFTON,  NJ  07012

Atty: LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ  07013

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-15941

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

### RECEIPTS AS OF 01/15/2021         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/11/2019 | $200.00 | 25363727627 | 05/07/2019 | $200.00 | 25363729901 |
| 07/03/2019 | $200.00 | 1915941-25363730711 | 07/23/2019 | $200.00 | 25363733185 |
| 08/06/2019 | $200.00 | 25363726288 | 09/10/2019 | $200.00 | 25363734456 |
| 10/07/2019 | $200.00 | 25981378931 | 11/07/2019 | $200.00 | 25981388098 |
| 12/10/2019 | $200.00 | 25981394681 | 01/09/2020 | $200.00 | 25981281426 |
| 02/11/2020 | $200.00 | 25363743478 | 03/17/2020 | $200.00 | 25363742376 |
| 04/13/2020 | $200.00 | 25363747620 | 06/10/2020 | $200.00 | 26464513735 |
| 06/10/2020 | $200.00 | 26464513746 | 07/14/2020 | $200.00 | 25764352492 |
| 08/20/2020 | $200.00 | 26664622874 | 09/15/2020 | $200.00 | 26464537438 |
| 10/14/2020 | $200.00 | 26464528890 | 12/04/2020 | $200.00 | 27003882047 |

**Total Receipts: $4,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 12/16/2019 | $13.81 | 8,001,324 | 01/13/2020 | $42.52 | 8,001,369 |
| | 01/13/2020 | $16.67 | 8,001,369 | 01/13/2020 | $9.40 | 8,001,369 |
| | 02/10/2020 | $7.10 | 8,001,408 | 02/10/2020 | $42.52 | 8,001,408 |
| | 02/10/2020 | $12.59 | 8,001,408 | 03/16/2020 | $42.52 | 8,001,450 |
| | 03/16/2020 | $12.59 | 8,001,450 | 03/16/2020 | $7.10 | 8,001,450 |
| | 04/20/2020 | $42.52 | 8,001,486 | 04/20/2020 | $12.59 | 8,001,486 |
| | 04/20/2020 | $7.10 | 8,001,486 | 05/18/2020 | $6.74 | 8,001,530 |
| | 05/18/2020 | $40.36 | 8,001,530 | 05/18/2020 | $11.97 | 8,001,530 |
| | 07/20/2020 | $82.98 | 8,001,655 | 07/20/2020 | $24.57 | 8,001,655 |
| | 07/20/2020 | $13.85 | 8,001,655 | 08/17/2020 | $41.50 | 8,001,711 |
| | 08/17/2020 | $12.28 | 8,001,711 | 08/17/2020 | $6.93 | 8,001,711 |
| | 09/21/2020 | $41.49 | 8,001,777 | 09/21/2020 | $12.29 | 8,001,777 |
| | 09/21/2020 | $6.93 | 8,001,777 | 10/19/2020 | $6.93 | 8,001,833 |
| | 10/19/2020 | $41.49 | 8,001,833 | 10/19/2020 | $12.29 | 8,001,833 |
| | 11/16/2020 | $41.49 | 8,001,898 | 11/16/2020 | $12.29 | 8,001,898 |
| | 11/16/2020 | $6.93 | 8,001,898 | 12/21/2020 | $41.49 | 8,001,954 |

**Chapter 13 Case # 19-15941**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/21/2020 | $12.29 | 8,001,954 | | 12/21/2020 | $6.93 | 8,001,954 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 12/16/2019 | $14.40 | 839,349 | | 01/13/2020 | $44.35 | 841,216 |
| | 02/10/2020 | $44.35 | 843,095 | | 03/16/2020 | $44.34 | 845,000 |
| | 04/20/2020 | $44.35 | 846,949 | | 05/18/2020 | $42.10 | 848,845 |
| | 07/20/2020 | $86.54 | 852,327 | | 08/17/2020 | $43.27 | 854,192 |
| | 09/21/2020 | $43.27 | 856,008 | | 10/19/2020 | $43.27 | 857,891 |
| | 11/16/2020 | $43.27 | 859,688 | | 12/21/2020 | $43.27 | 861,507 |
| CITIBANK NA | | | | | | | |
| | 01/13/2020 | $19.89 | 840,962 | | 02/10/2020 | $15.02 | 842,836 |
| | 03/16/2020 | $15.01 | 844,712 | | 04/20/2020 | $15.02 | 846,659 |
| | 05/18/2020 | $14.25 | 848,598 | | 07/20/2020 | $29.30 | 852,043 |
| | 08/17/2020 | $14.66 | 853,919 | | 09/21/2020 | $14.65 | 855,697 |
| | 10/19/2020 | $14.65 | 857,599 | | 11/16/2020 | $14.65 | 859,392 |
| | 12/21/2020 | $14.65 | 861,180 | | | | |
| DISCOVER BANK | | | | | | | |
| | 12/16/2019 | $16.48 | 839,412 | | 01/13/2020 | $50.75 | 841,275 |
| | 02/10/2020 | $50.75 | 843,164 | | 03/16/2020 | $50.74 | 845,076 |
| | 04/20/2020 | $50.75 | 847,019 | | 05/18/2020 | $48.17 | 848,909 |
| | 07/20/2020 | $99.03 | 852,398 | | 08/17/2020 | $49.50 | 854,262 |
| | 09/21/2020 | $49.51 | 856,079 | | 10/19/2020 | $49.51 | 857,957 |
| | 11/16/2020 | $49.51 | 859,753 | | 12/21/2020 | $49.51 | 861,577 |
| FORD MOTOR CREDIT CO LLC | | | | | | | |
| | 02/10/2020 | $7.39 | 843,237 | | 04/20/2020 | $6.37 | 847,094 |
| | 07/20/2020 | $9.23 | 852,469 | | 09/21/2020 | $6.20 | 856,151 |
| | 11/16/2020 | $6.21 | 859,823 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 12/16/2019 | $1,471.24 | 839,819 | | 02/10/2020 | $7.11 | 843,577 |
| | 04/20/2020 | $6.12 | 847,448 | | 07/20/2020 | $8.87 | 852,792 |
| | 09/21/2020 | $5.96 | 856,490 | | 11/16/2020 | $5.97 | 860,123 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 01/13/2020 | $7.70 | 8,001,365 | | 02/10/2020 | $5.81 | 8,001,409 |
| | 03/16/2020 | $5.81 | 8,001,445 | | 04/20/2020 | $5.82 | 8,001,484 |
| | 05/18/2020 | $5.52 | 8,001,535 | | 07/20/2020 | $11.34 | 8,001,652 |
| | 08/17/2020 | $5.68 | 8,001,712 | | 09/21/2020 | $5.67 | 8,001,771 |
| | 10/19/2020 | $5.67 | 8,001,838 | | 11/16/2020 | $5.67 | 8,001,891 |
| | 12/21/2020 | $5.67 | 8,001,948 | | | | |
| RESURGENT CAPITAL SERVICES | | | | | | | |
| | 02/10/2020 | $5.07 | 843,624 | | 05/18/2020 | $6.44 | 849,317 |
| | 08/17/2020 | $6.39 | 854,689 | | 11/16/2020 | $6.39 | 860,174 |
| TD BANK USA NA | | | | | | | |
| | 02/10/2020 | $5.44 | 843,962 | | 05/18/2020 | $6.90 | 849,637 |
| | 08/17/2020 | $6.86 | 855,011 | | 11/16/2020 | $6.85 | 860,489 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/19/2020 | $5.50 | 857,617 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 233.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 11,494.36 | * | 514.69 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 3,403.63 | * | 152.42 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-15941**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 11,987.76 | * | 536.78 | |
| 0005 | CITIBANK NA | UNSECURED | 4,058.93 | * | 181.75 | |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 13,717.37 | * | 614.21 | |
| 0008 | FORD MOTOR CREDIT CO LLC | UNSECURED | 859.91 | * | 35.40 | |
| 0009 | AMERICAN EXPRESS BANK | UNSECURED | 1,918.89 | * | 85.94 | |
| 0010 | MARCIA A. HOLZ | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 826.79 | * | 34.03 | |
| 0012 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 1,471.24 | 100.00% | 1,471.24 | |
| 0013 | SUNRISE CREDIT SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK USA NA | UNSECURED | 632.81 | * | 26.05 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | AMERICAN EXPRESS BANK | UNSECURED | 44.06 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 1,571.40 | * | 70.36 | |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 146.50 | * | 5.50 | |
| 0024 | RESURGENT CAPITAL SERVICES | UNSECURED | 590.00 | * | 24.29 | |

**Total Paid:  $3,986.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,000.00     -     Paid to Claims: $3,752.66     -     Admin Costs Paid: $233.80     =     Funds on Hand: $13.54

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.