# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: § <br> § <br> FELIX SEMTAK § <br> ALICE MARY SEMTAK § <br>   DEBTOR § | CASE NO. 19-15941-SLM |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 As Serviced by Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**6200 S. Quebec St.**
**Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx5145**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx5145**

Court Claim # (if known): 10-2
Amount of Claim: $177,902.84
Date Claim Filed: 03/31/2020

Phone: (800) 315-4757
Last Four Digits of Acct.#:5145

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma                    Date:        06/23/2021
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5122-N-8752

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br>In Re:<br><br>Felix Semtak and<br>Alice Mary Semtak<br><br>                                                         Debtors. | Case No : 19-15941-SLM<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, <u>Matthew Tillma</u>:

   ☒ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>06/23/2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| 06/23/2021<br>Date | /s/ Matthew Tillma<br>Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Felix Semtak<br>Alice Mary Semtak<br>67 Hepburn Road<br>Clifton, NJ 07012 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable. *) |
| Leonard R Boyer<br>Boyer Coffy, LLC<br>970 Clifton Ave.<br>Ste 201<br>Clifton, NJ 07013<br>lrbnjesq@gmail.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.