Case 19-15941-SLM   Doc 122   Filed 08/11/21   Entered 08/11/21 15:08:34   Desc Main
Document      Page 1 of 1

**PNC BANK**

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

08/11/2021

District of New Jersey (Newark)

Martin Luther King, Jr. Fed Blg.
50 Walnut Street
Newark, NJ 07102

Debtor  Felix and Alice Mary Semtak

Case Number  19-15941

Dear Bankruptcy Court:

Felix and Alice Mary Semtak is the mortgagor on PNC Mortgage loan xxxxxx 2074

Please withdraw the Notice of Mortgage Payment Change that was filed on 10/06/2020 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Jodi Porter
_____
Bankruptcy Specialist