UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Felix Semtak & Alice Semtak,

Debtors.

Case No.: 19-15941-SLM

Chapter: 13

Hearing Date: 10/27/2021

Judge: Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 67 Hepburn Road, Clifton, NJ (Docket # 123)

_____

Date: 10/14/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*