**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

FELIX SEMTAK
ALICE MARG SEMTAK

**Case No.:  19-15941**

**Adv. No.:**

**Hearing Date:**

**Judge:  SLM**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/25/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
FELIX SEMTAK
ALICE MARG SEMTAK
67 HEPBURN ROAD
CLIFTON, NJ  07012
Mode of Service:  Regular Mail

Attorney for Debtor(s):
LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ  07013
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 25, 2023

By:   /S/  Jessica Antoine

Jessica Antoine