Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Felix Semtak
67 Hepburn Road
Clifton, NJ 07012

Alice Mary Semtak
67 Hepburn Road
Clifton, NJ 07012

Social Security No.:
xxx−xx−2048

xxx−xx−9443

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 10, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 10, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Felix Semtak  
Alice Mary Semtak  
    Debtors

Case No. 19-15941-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 10, 2023 | Form ID: 148 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Felix Semtak, Alice Mary Semtak, 67 Hepburn Road, Clifton, NJ 07012-1915 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518139115 | | Citi/Sears, c/o Capital Management Services, 69872 South Ogden Street, Buffalo, NY 14206 |
| 518224698 | + | Marcia A. Holz, c/o Evan Yablonsky, Esq., Bressler, Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, NJ 07932-1235 |
| 518139120 | + | Marcia Ann Holz, 992 Valley Road, Franklin Lakes, NJ 07417-1716 |
| 518139126 | + | Wells Fargo Home Mortgage, c/o Phelan Hallinan Diamond & Jones, P.C, 1617 JFK Bouevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 10 2023 22:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 10 2023 22:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 11 2023 02:35:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518139110 | + | Email/Text: NCI_bankonotify@ncirm.com | Oct 10 2023 22:54:00 | American Express, c/o Nationwide Credit Co., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 518139109 | + | Email/PDF: bncnotices@becket-lee.com | Oct 10 2023 23:15:50 | American Express, c/o Alltron Financial LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 518212118 | | Email/PDF: bncnotices@becket-lee.com | Oct 10 2023 23:05:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518139111 | + | Email/PDF: bncnotices@becket-lee.com | Oct 10 2023 23:16:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518245997 | | Email/PDF: bncnotices@becket-lee.com | Oct 10 2023 23:15:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518215401 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 10 2023 22:54:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 518279961 | + | EDI: CITICORP.COM | Oct 11 2023 02:35:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518139116 | + | EDI: CITICORP.COM | Oct 11 2023 02:35:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518166428 | | EDI: DISCOVER.COM | Oct 11 2023 02:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 518139117 | + | Email/Text: signed.order@pfwattorneys.com | Oct 10 2023 22:54:00 | Discover Financial, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518144660 | | Email/Text: EBNBKNOT@ford.com | Oct 10 2023 22:56:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 518139118 | + | Email/Text: EBNBKNOT@ford.com | Oct 10 2023 22:56:00 | Ford Motor Credit, P.O. Box 105704, Atlanta, GA 30348-5704 |
| 518139114 | | EDI: JPMORGANCHASE | Oct 11 2023 02:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518139119 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 10 2023 22:54:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518139121 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 10 2023 22:54:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518280690 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 10 2023 22:54:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518139122 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 10 2023 22:54:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518231602 | | EDI: Q3G.COM | Oct 11 2023 02:35:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518364346 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2023 23:16:04 | Resurgent Capital Services as agent for Via Novus, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518440455 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2023 22:55:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519244385 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2023 22:55:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518139123 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 10 2023 22:54:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 518142097 | + | EDI: RMSC.COM | Oct 11 2023 02:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518139124 | + | EDI: RMSC.COM | Oct 11 2023 02:35:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518271495 | + | Email/Text: bncmail@w-legal.com | Oct 10 2023 22:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518139125 | + | EDI: WTRRNBANK.COM | Oct 11 2023 02:35:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518266474 | + | EDI: AIS.COM | Oct 11 2023 02:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518263910 | + | EDI: WFFC2 | Oct 11 2023 02:35:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518139112 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518139113 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: 148 | Total Noticed: 37 |

| | | |
|---|---|---|
| 518280896 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518440456 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519244386 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Evan Yablonsky
  on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com  dgarcia@bressler.com

John R. Morton, Jr.
  on behalf of Creditor Ford Motor Credit Company LLC  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Leonard R Boyer
  on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com  mcordova48890@aol.com

Leonard R Boyer
  on behalf of Debtor Felix Semtak lrbnjesq@gmail.com  mcordova48890@aol.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Nicholas V. Rogers
  on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9