| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | <br><br>Order Filed on October 10, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  **19-15941SLM** |
| IN RE:<br><br>    FELIX SEMTAK<br>    ALICE MARG SEMTAK | Judge:  **STACEY L. MEISEL** |

### ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 10, 2023**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): FELIX SEMTAK
ALICE MARG SEMTAK

Case No.: 19-15941SLM

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

ORDERED, pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED AND DIRECTED, any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-15941-SLM
Felix Semtak                                                                              Chapter 13
Alice Mary Semtak
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 2
Date Rcvd: Oct 10, 2023            Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Felix Semtak, Alice Mary Semtak, 67 Hepburn Road, Clifton, NJ 07012-1915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

**Name**            **Email Address**

Denise E. Carlon
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Evan Yablonsky
          on behalf of Creditor Marcia A. Holz eyablonsky@bressler.com dgarcia@bressler.com

John R. Morton, Jr.
          on behalf of Creditor Ford Motor Credit Company LLC servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Leonard R Boyer
          on behalf of Joint Debtor Alice Mary Semtak lrbnjesq@gmail.com mcordova48890@aol.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Leonard R Boyer
          on behalf of Debtor Felix Semtak lrbnjesq@gmail.com mcordova48890@aol.com

Marie-Ann Greenberg
          magecf@magtrustee.com

Nicholas V. Rogers
          on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9