Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15941−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Felix Semtak | Alice Mary Semtak |
| 67 Hepburn Road | 67 Hepburn Road |
| Clifton, NJ 07012 | Clifton, NJ 07012 |

Social Security No.:
xxx−xx−2048                                                             xxx−xx−9443

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 5, 2024</u>                    <u>Stacey L. Meisel</u>
                                                                 Judge, United States Bankruptcy Court